IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 01-00101 |
| | ) | CIVIL NO. 16-00225 |
| JEREMY CORNELIUS JONES, | ) | |
| | ) | |
| Petitioner/Defendant | ) | |

## ORDER

In response to Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 the government points out that the outcome of this motion is controlled by the Eleventh Circuit's decision in *United States v. Matchett*, 802 F.3d 1185 (11th Cir. 2015). However, the Eleventh Circuit has withheld the mandate in that case and is currently considering whether to grant rehearing *en banc*. The government does not oppose holding the instant motion in abeyance pending the outcome of *Matchett*. Consequently, this Court will await a final decision by the Eleventh Circuit before entering its ruling in this case.

**DONE** and **ORDERED** this the 6th day of June, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**