IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIMINAL NO. 01-00101 |
| ) | CIVIL NO. 16-00225 |
| JEREMY CORNELIUS JONES, ) | |
| ) | |
| Petitioner/Defendant   ) | |

# ORDER

Petitioner Jeremy Jones has filed, through counsel, a motion requesting the Court to hold in abeyance its ruling on Petitioner's underlying § 2255 motion pending the ruling of in *United States v. Beckles,* __ U.S. __, No. 8544 (June 27, 2016).  (Doc. 42.)  In *Beckles*, the Supreme Court recently granted certiorari on issues that may determine the outcome of Petitioner's motion.  Because the *Beckles* case has not been briefed or argued, a final decision is at least months away.  This Court is reluctant to hold the motion in abeyance for such a potentially lengthy period.  Pursuant to its previous order (Doc. 41), this Court will continue to hold the § 2255 motion in abeyance pending the Eleventh Circuit's final decision in *United States v. Matchett,* 802 F.3d 1185 (11th Cir. 2015).  For now, the motion to hold in abeyance pending *Beckles* is **DENIED**.

**DONE** and **ORDERED** this the 11th day of July, 2016.

s/Charles R. Butler, Jr.
**Senior United States District Judge**