# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JEREMY CORNELIUS JONES, | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 16-00225-WS-C |
| vs. | : |
| | CRIMINAL NO. 01-00101-WS-C |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 1, 2018, is **ADOPTED** as the opinion of this Court. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE** this 27th day of February, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**