# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)

v.

**JEREMY C. JONES**
**a/k/a Suicide, a/k/a Jay**

Case Number: **1:01-CR-00101-001**
USM Number: **07240-043**
**Latisha V. Colvin, Esquire**
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition of the term of supervision as set forth in the amended petition dated 5/3/2024.

☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Technical | |
| 2 | Technical | |
| 5 | Technical | |
| Mandatory | New Offense | 2/9/2024 |
| 3 | Technical | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**June 21, 2024**
Date of Imposition of Judgment

**/s/Terry F. Moorer**
Signature of Judge

**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**June 25, 2024**
Date

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                                    Judgment -- Page 2 of 2

DEFENDANT:          JEREMY C. JONES, a/k/a Suicide, a/k/a Jay
CASE NUMBER:        1:01-CR-00101-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TWENTY-FOUR (24) months.**

☐    The court makes the following recommendations to the Bureau of Prisons:


☒    The defendant is remanded to the custody of the United States Marshal.
☐    The defendant shall surrender to the United States Marshal for this district:

☐ at              ☐ a.m.   ☐ p.m.   on

☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to ____

at _____, with a certified copy of this judgment.


                                                        UNITED STATES MARSHAL

                                    By
                                                        _____
                                                        DEPUTY UNITED STATES MARSHAL